IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY RAY FISHER,<br><br>Defendant. | CR 23-60-BLG-SPW-1<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for

Wednesday, October 11, 2023 at 9:30 a.m., is **VACATED** and **RESET** to

commence on **Tuesday, October 17, 2023 at 1:30 p.m.** in the James F. Battin

U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this _3rd_ day of October, 2023.

_Susan P. Watters_
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1